IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN HEATH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 16-5302 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __29th__ day of June, 2021, upon consideration of Defendants' Motion for Summary Judgment with Statement of Stipulated Material Facts (ECF No. 32), Plaintiff's Response in Opposition and associated exhibits (ECF Nos. 34-36), Defendants' Reply Motion and associated exhibits (ECF Nos. 38-40), and Plaintiff's Sur-Reply (ECF No. 42) **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.[1]

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated June __29th__, 2021.